# Court of Appeals
# of the State of Georgia

ATLANTA,___May 16, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0347. MELVIN BARDWELL v. THE STATE.**

In 2010, Melvin Bardwell pled guilty to several offenses, including voluntary manslaughter. In November 2013, Bardwell filed a motion to modify his sentence.[1] The trial court denied the motion, and Bardwell filed this application for discretionary appeal.[2]

Under OCGA § 17-10-1 (f), a court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118 (676 SE2d 465) (2009). Once this statutory period expires, a trial court may modify a sentence only if it is void. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). And a sentence is void only when the trial court imposes punishment that the law does not allow. *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

---

[1] Bardwell violated this Court's rules by failing to include a copy of the motion filed below with his application materials. See Court of Appeals Rule 31 (b).

[2] Bardwell filed the application in the Supreme Court, which transferred the matter to this Court.

It appears that Bardwell argued below that the trial court erred in failing to merge certain offenses. Bardwell's merger argument is a challenge to his convictions, not to his sentence. See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010). Because Bardwell has not raised a valid void-sentence claim, we lack jurisdiction to consider his application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___05/16/2016___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*